UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| YVETTE ISKANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:12-CV-270-D |
| | ) | |
| DEPARTMENT OF THE NAVY and | ) | |
| RAYMOND MABUS, *Secretary*, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 52]. The clerk shall close the case.

**This Judgment Filed and Entered on July 7, 2015, and Copies To:**

| | |
|---|---|
| Ernest J. Wright | (via CM/ECF electronic notification) |
| Michael James | (via CM/ECF electronic notification) |
| R.A. Renfer, Jr. | (via CM/ECF electronic notification) |

DATE                                            **JULIE RICHARDS JOHNSTON, CLERK**

July 7, 2015                        By:    /s/ Courtney O'Brien

                                                                         Deputy Clerk